IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACURA PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1374 (RGA) |
| ) | |
| WATSON LABORATORIES, INC. – FLORIDA, ) | |
| WATSON PHARMACEUTICALS, INC., and ) | |
| WATSON PHARMA, INC. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL UNDER**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Acura Pharmaceuticals, Inc. ("Acura") hereby provides notice as follows:

1. WHEREAS Watson Laboratories, Inc.—Florida filed with the United States Food and Drug Administration ("FDA") its Abbreviated New Drug Application ("ANDA") No. 20-4064 for oxycodone hydrochloride tablets, 5 mg and 7.5 mg ("Watson's ANDA Product");

2. WHEREAS ANDA No. 20-4064 contained a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) that the claims of U.S. Patent No. 7,510,726 ("the '726 patent"), 7,201,920 ("the '920 patent"), and 7,981,439 ("the '439 patent") were invalid, unenforceable, and/or not infringed by Watson's ANDA Product;

3. WHEREAS Acura brought this suit against Watson Laboratories, Inc.—Florida, Watson Pharmaceuticals, Inc., and Watson Pharma, Inc. charging those entities with infringement of the '726 patent; and

4. WHEREAS subsequent to Acura's complaint for patent infringement, Watson Laboratories, Inc.—Florida converted its previous Paragraph IV Certification

pursuant to 21 U.S.C. § 355(j)(2)(vii)(IV) to a Paragraph III Certification in ANDA No. 20-4064, indicating that it will not seek to market Watson's ANDA product until the expiration of the '726, '920, and '439 patents, thereby removing the case or controversy between the parties;

Accordingly, ALL CLAIMS ASSERTED HEREIN shall be dismissed without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899\
(302) 358-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Howard W. Levine
Sanya Sukduang
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

January 2, 2013
6917078

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 2, 2013, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Esquire<br>Megan C. Haney, Esquire<br>PHLILIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)